# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Rose Lee Surfield            BK NO. 20-00395 HWV

          Debtor(s)            Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

               Respectfully submitted,

               **/s/ James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322