```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00395-HWV
Rose Lee Surfield                                                   Chapter 13
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Feb 11, 2020
                       Form ID: nmtdmatx    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.
db          +Rose Lee Surfield,   2099 Mtn View Rd,   Middletown, PA 17057-3428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
    TOTAL: 2

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Rose Lee Surfield, <br><br> **Debtor 1** | Chapter 13 <br><br> Case No. 1:20–bk–00395–HWV |

## Notice of Motion of Chapter 13 Trustee
## to Dismiss Case Pursuant to 11 U.S.C. §1307(c)(9)

Notification of the following Motion To Dismiss Case is being given to the above captioned debtor(s), debtor's attorney and parties in interest. The Debtor(s) may file a response to the Chapter 13 Trustee's Text Motion or resolve it by immediately filing a complete list of creditors, listing the name and complete mailing address of each creditor on or before **February 25, 2020.**

Failure to file the complete list of creditors or otherwise respond by the above deadline will result in dismissal of the case without further notice or hearing.

**The Text Motion as filed in this case reads:**

**The Chapter 13 Trustee on behalf of the United States Trustee moves to Dismiss the Debtor(s) case pursuant to 11 USC §1307(c)(9) for failure to file a complete list of creditors. A list of creditors, including the name and mailing address of all creditors, is required so that each creditor is given timely notice by the Clerk of the Court of the order for relief, imposition of the automatic stay, and the time and place for the meeting of creditors.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 11, 2020 |

nmtdmatx 05/2018