FILED Harrisburg, PA.
February 24, 2020
Clerk, U.S. Bankruptcy Court

Certificate Number: 05781-PAM-DE-034130005

Bankruptcy Case Number: 20-00395

05781-PAM-DE-034130005

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 24, 2020, at 12:01 o'clock AM PST, Rose Surfield completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 24, 2020

By: /s/Allison M Geving

Name: Allison M Geving

Title: President

# Jennifer Miscevich

**From:** pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov>
**Sent:** Monday, February 24, 2020 3:05 AM
**To:** PAMBml_fax
**Subject:** EDSS filing from Rose Surfield  for   on Monday, February 24, 2020 - 03:05

Submitted on Monday, February 24, 2020 - 03:05 Submitted by user: Anonymous Submitted values are:

Filer's Name: Rose Surfield
Debtor's name (if different):
Filer's EMail Address: rosesurfield@aol.com Filer's Phone Number: 7178844072 Case number (if known):
  ==Documents==
  Document (PDF format only)*:

http://www.pamb.uscourts.gov/sites/default/files/webform/edss/cert34130005-2.pdf
    Document description: credit course
     ==More Documents==
       Document 2 (PDF format only)*:
       Document 2 description:
       Document 3 (PDF format only)*:
       Document 3 description:
       Document 4 (PDF format only)*:
       Document 4 description:
       Document 5 (PDF format only)*:
       Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Rose Surfield

1
Case 1:20-bk-00395-HWV    Doc 16    Filed 02/24/20    Entered 02/24/20 11:59:08    Desc
Main Document     Page 2 of 2